[No. 12023-2-II.  Division Two.  December 12, 1989.]

RON DURIS, ET AL, *Respondents,* v. LOUIS STEINER, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-08622-1, Waldo F. Stone, J., entered

May 6, 1988. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Dolliver and Pearson, JJ. Pro Tem.